IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS

ANGELIA COLEMAN                                PLAINTIFF

VS.                   NO. CV-14-1016-2

WALGREEN CO.                                 DEFENDANT

## COMPLAINT

Come now the Plaintiff, Angelia Coleman, by and through her attorney, M. Christin Nailling, and for her Complaint against the Defendant, Walgreen Co., hereby alleges and states that:

1. The Plaintiff is a resident of Springdale, Washington County, Arkansas. The Defendant, Walgreen Co., is an Illinois Company registered to conduct business in the state of Arkansas.

2. The events and wrongful acts of the Defendant that give rise to this cause of action occurred in Springdale, Washington County, Arkansas.

3. This Court has subject matter jurisdiction over the cause and *in personam* jurisdiction over the parties and venue is proper in this Court.

4. On June 8, 2011, Plaintiff was shopping at the Walgreens in Springdale, Arkansas when she slipped on liquid in the grocery section, which caused her to fall to the floor, resulting in significant injury to her hip and back, and caused her pain and suffering.

5. The Defendant owed the Plaintiff a duty to exercise ordinary and reasonable care inside the store and in the handling of maintaining a safe shopping environment.

**EXHIBIT 1**

6. The Defendant breached said duty by allowing the liquid to sit for a period of time; and the liquid was negligently not attended to by store personnel for a significant period of time without regard for customer safety.

7. The acts and omissions of Defendant, herein complained of, combined and concurred to proximately cause indivisible injury to the Plaintiff.

8. As a proximate result of the Defendant's negligent acts, Plaintiff has suffered the following damages:

   a) Past and future medical care, treatment and services for injuries sustained in the above-referenced incident; and

   b) Past and future pain and suffering.

9. Defendant should be ordered to pay punitive damages if found to have committed an intentional tort.

10. Plaintiff believes that Defendant is liable for the negligent and intentional torts of its employees under the doctrine of *respondeat superior* as all of the tortuous acts and omissions complained of herein were committed or omitted within the scope of employment.

11. Plaintiff respectfully demands a trial by jury on all issues so triable.

12. Plaintiff reserves the right to amend her Complaint as investigation and discovery progress.

WHEREFORE, Plaintiff prays for judgment against the Defendant in an amount sufficient to fully compensate her for the damages she suffered as a result of the Defendant's negligent and intentional acts. Plaintiff prays for punitive damages.

Plaintiff further prays that the Court grant her costs and attorney fees herein expended, for interest on the judgment at the highest legal rate, both pre-judgment and post-judgment, and for all other relief just and proper, whether specifically prayed for herein or not.

Respectfully Submitted,
Angelia Coleman, Plaintiff

By: *M. Christin Nailling*
M. Christin Nailling
Ark. Bar. No. 2008261
Joyce Law Firm
2594 E. Joyce Blvd., Ste. 12
Fayetteville, AR 72703
Ph:  (479) 442-5577
Fax: (479) 442-2103

## VERIFICATION

STATE OF ARKANSAS        )
                         )ss.
COUNTY OF WASHINGTON     )

I, Angelia Coleman, state on oath that I have read the above and foregoing document and it is my information and belief that the facts and matters contained therein are true and correct.

*Angelia Coleman*
Angelia Coleman

SUBSCRIBED AND SWORN to before me, the undersigned Notary Public, within and for the County and State aforesaid, on this ___4th___ day of June, 2014.

*Deborah Schilling*
NOTARY PUBLIC



DEBORAH I. SCHILLING
MY COMMISSION # 12374038
EXPIRES: December 15, 2019
Washington County